IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DIRECTV, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:03CV01029 |
| ) | |
| SHEARON LYNN SHAVER, CHARLES ) | |
| SHAW, JAMES SOUTHARD, JEFF ) | |
| SOWERS, JEFFERY VANNOY, JERRY ) | |
| WEBSTER, and DALE WORKMAN, ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on Plaintiff DIRECTV, Inc.'s request for entry of default judgment against Defendant Charles Shaw. (Pleading No. 63.) After considering the request, the affidavits and other evidence on file, the Court finds the record supports entry of default judgment pursuant to either 47 U.S.C. § 605(a)&(e) or 18 U.S.C. §§ 2511(a) and 2520. Plaintiff further seeks the entry of a final judgment pursuant to Fed. R. Civ. P. 54(b) and shows that the claim against the particular defendant in this action is not related to the claim or claims against any other defendant or defendants.

**IT IS RECOMMENDED** that Plaintiff DIRECTV, Inc.'s motion for default judgment (Pleading No. 63) be granted and that Defendant Shaw be permanently enjoined from committing or assisting in the commission of any violation of the Cable

Communications Policy Act of 1984, as amended, 47 U.S.C. § 605(a), or committing or assisting in committing any violation of 18 U.S.C. § 2511.

The default judgment against Defendant Shaw should be in the sum of $10,000.00, the amount claimed, with costs and disbursements in the amount of $111.43, and attorney fees in the sum of $581.46, amounting in all to the sum of $10,692.89, plus post-judgment interest at the legal rate in effect to accrue thereon from the date of the judgment forward until paid.

             /s/ P. Trevor Sharp
            United States Magistrate Judge

Date: September 30, 2005