# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **DIRECTV, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:03CV01029** |
| | ) | |
| **SHEARON LYNN SHAVER, CHARLES** | ) | |
| **SHAW, JAMES SOUTHARD, JEFF** | ) | |
| **SOWERS, JEFFERY VANNOY, JERRY** | ) | |
| **WEBSTER, and DALE WORKMAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFAULT JUDGMENT AGAINST JEFF SOWERS

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 10, 2005, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff DIRECTV, Inc.'s motion for default judgment as to Defendant Jeff Sowers (Pleading No. 59) is granted, and default judgment is hereby entered against Defendant Sowers in the sum of $10,000.00, the amount claimed, with costs and disbursements in the amount of $111.43, and attorney fees in the sum of $581.46, amounting in all to the sum of $10,692.89, plus post-judgment

interest on the total amount of this judgment at the legal rate in effect to accrue thereon from the date of the judgment forward until paid.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Sowers is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. § 605(a), or committing or assisting in committing any violation of 18 U.S.C. § 2511.

The Court further finds under Rule 54(b) that there is no just reason for delay and therefore directs entry of judgment against Defendant Sowers.

_____
United States District Judge

Date: March 23, 2006